# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 22, 2020

Lyle W. Cayce
Clerk

No. 20-50075
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

OSVALDO DE JESUS PEREZ-RODRIGUEZ, *also known as* OSVALDO DEJESUSPEREZ RODRIGUEZ, *also known as* OSVALDO RODRIGUEZ, *also known as* OSVALDO PEREZ, *also known as* OSVALDO DE JESUS PEREZ-RODRIGUEZ, *also known as* OSVALDO DE JESUS RODRIGUEZ-PEREZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:19-CR-595-3

Before JONES, HAYNES, AND COSTA, *Circuit Judges*.

PER CURIAM:*

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-50075

The attorney appointed to represent Osvaldo de Jesus Perez-Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Perez-Rodriguez has filed responses. The record is not sufficiently developed to allow us to make a fair evaluation of Perez-Rodriguez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Perez-Rodriguez's responses. Perez-Rodriguez's motions for appointment of substitute counsel are DENIED. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.